IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| TERRANCE LITTLE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 2:20-00456 |
| | ) |
| GARY COMMUNITY SCHOOL, CORP. | ) |
| | ) |
| Defendant, | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e. and 42 U.S.C. § 1981 as amended by the Civil Rights Act OF 1991; 28 U.S.C. §§ 1331 and 1343.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice to sue on October 5, and 20, 2020.

**PARTIES**

3. Plaintiff is an African-American male and at all relevant times she resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

**FACTS**

5. Plaintiff began working at Defendant in 2018 as the Chief Academic Officer.

6. Plaintiff performed his job well.

7. In December 2018, Plaintiff was told that he needed to substitute at the two schools and act as the interim principal at those two schools.

8. Plaintiff's job duties were given to two women who have less experience and seniority than Plaintiff.

9. In addition, due to this reassignment, Plaintiff has experienced a significant or substantial change in job duties that is likely to diminish his salary or promotion prospect.

10. Defendant has never told Plaintiff why he was reassigned nor why his job duties changed.

11. Since Plaintiff filed his first EEOC charge, he has experienced a series of retaliatory actions, including:

   a. Plaintiff's office was taken from him without notice. When Plaintiff questioned why he no longer had an office and where he was supposed to go no one would give him any direction.

   b. Plaintiff no longer has an assistant even though he is performing four different jobs.

   c. Plaintiff's contract renewal no longer includes a bonus.

   d. Plaintiff has not received his 2019 bonus.

   e. Plaintiff's job duties have significantly changed. Plaintiff was hired as the CAO, then he was told to substitute at two different elementary schools. However, no one ever informed Plaintiff he was losing his job. Now,

       Plaintiff's job has changed a third time and he is now doing four different jobs.

   f. Plaintiff was told that he could not go to the other side of the building and Plaintiff had to remain in the 20 – 40 foot portion of the building.

   g. Plaintiff was told to move books in the schools garage by the Custodian and by Defendant's Deputy Superintendent. Plaintiff went to the garage and to inspect and Defendant's Emergency Manager told Plaintiff that Defendant's Deputy Superintendent did not tell him to move the books, even though she did. Plaintiff had never be written up, but he was immediately suspended for doing his job.

12. Plaintiff filed a charge of discrimination with the EEOC on May 23, 2019 due to race and gender discrimination and August 23, 2020 due to the retaliation.

13. On February 8, 2020, Plaintiff was informed that his contract was not being renewed due to performance issues. However, Plaintiff did not have any performance issues and he continued to perform his job.

14. However, there were similarly situated women and Caucasian employees who did have performance issues and their contracts were renewed

15. A similarly situated women and Caucasian employees have engaged in conduct of comparable seriousness but they have not been terminated.

16. Plaintiff's job duties changed due to his race.

17. Plaintiff's job duties changed due to his gender.

18. Plaintiff was terminated due to his gender.

19. Plaintiff was terminated due to his race.

20. Plaintiff was terminated for engaging in protected activity.

## COUNT I

21. Plaintiff incorporates by reference paragraphs 1-20.

22. Defendant, as a result of terminating Plaintiff due to his race, violated 42 U.S.C. § 1981.

## COUNT II

23. Plaintiff incorporates by reference paragraphs 1- 20.

24. Defendant, as a result of terminating Plaintiff due to his race, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT III

25. Plaintiff incorporates by reference paragraphs 1-20.

26. Defendant, as a result of terminating Plaintiff for engaging in protected activity, violated 42 U.S.C. § 1981.

## COUNT IV

27. Plaintiff incorporates by reference paragraphs 1-20.

28. Defendant, as a result of terminating Plaintiff for engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT V

29. Plaintiff incorporates by reference paragraphs 1-20.

30. Defendant, as a result of changing Plaintiff's job duties due to his race, violated 42 U.S.C. § 1981.

## COUNT VI

31. Plaintiff incorporates by reference paragraphs 1-20.

32. Defendant, as a result of changing Plaintiff's job duties due to his race, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT VII

33. Plaintiff incorporates by reference paragraphs 1-20.

34. Defendant, as a result of changing Plaintiff's job duties due to his gender, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT VIII

35. Plaintiff incorporates by reference paragraphs 1-20.

36. Defendant, as a result of terminating Plaintiff due to his gender, violated Title VII 42 U.S.C. § 2000 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff his cost in this action and reasonable attorney fees;

E. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49

                                                                            Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

                                                                            Respectfully Submitted

                                                                            <u>Amber K. Boyd</u>
                                                                            Amber K. Boyd 31235-49
                                                                            Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416